INSULAR RACING COMMISSION, Petitioner, *v.* DISTRICT COURT
OF SAN JUAN, Respondent.

No. 1112.   Argued November 8, 1937.—Decided November 18, 1937.

*Diego O. Marrero* for petitioner.   *J. Valldejuli Rodríguez* for inter-
vener, plaintiff in the main action.

MR. JUSTICE WOLF delivered the opinion of the Court.

The District Court of San Juan first issued a restraining
order and afterwards a preliminary injunction against the
jury of the Quintana Racing Park (*el jurado del Hipódromo
Quintana*) and the Insular Racing Commission (*Comisión
Hípica Insular*) to make them refrain from collecting a cer-
tain fine imposed upon the plaintiff and from preventing him
from entering his horses (*ejemplares*) in the races that
might take place on the tracks of Puerto Rico.   The Insular
Racing Commission appealed from said decisions and it ap-
peared at the hearing of this case that the appeal is well
on the way to be heard by this Court.

The petitioner, however, originally thought and still
thinks that the questions are imperative and that they ought
to be decided at once.   The application for the writ was pre-
sented on July 30, 1937, and as that was practically the end
of the term of this Court next prior to the summer recess,
the case could not readily be decided.   We are perfectly
satisfied at the present moment that given the state of the
principal appeal, this Court ought not to advance a decision
by considering the certiorari.

In general, and the petitioner has not convinced us that
this case falls outside of the rule, the remedy by appeal is

to be preferred and this is especially true of a preliminary injunction from which an appeal can be immediately taken.

The petition for a writ of certiorari should be denied.

Mr. Justice Córdova Dávila took no part in the decision of this case.